1

2

3  IN THE UNITED STATES BANKRUPTCY COURT

4  WESTERN WASHINGTON DISTRICT OF WASHINGTON

5  IN RE                                    No.: 09-18536-SJS

6  OPHELLO SIMPAO CANLAS AND                AFFIDAVIT IN SUPPORT OF
7  IDA VILLA-IGNACIO CANLAS                 MOTION FOR RELIEF FROM STAY
                                            BY JPMORGAN CHASE BANK,
8                        DEBTORS.           NATIONAL ASSOCIATION, AS
                                            PURCHASER OF THE LOANS AND
9                                           OTHER ASSETS OF WASHINGTON
10                                          MUTUAL BANK, FORMERLY KNOWN AS
                                            WASHINGTON MUTUAL BANK, FA

11

12  STATE OF _South Carolina_
                                    ) ss.
13  COUNTY OF _Florence_            )

14

15      I, _Deborah May_ the undersigned, being first duly sworn on oath deposes and says:

16      1.  I am of legal age, not a party to the above captioned action, and competent to be a witness.

17      2.  I am employed by JPMorgan Chase Bank, National Association, as purchaser of the loans

18  and other assets of Washington Mutual Bank, formerly known as Washington Mutual Bank, FA

19  (□Creditor□) as a _bankruptcy supervisor_ I am familiar with the process by which Creditor

20  maintains its loan records and evaluate status based upon those records.  I personally know that the

21

22  records kept are in the course of regularly conducted business and are a matter of the business routine.

23  Entries in the records are made at or near the time of the event recorded by or with information from a

24  person with knowledge of the event recorded.

25

26  Affidavit in Support of Motion for Relief from Stay
    Page - 1

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ✦ FACSIMILE (425) 458-2131

3. On May 17, 2004, the debtor executed and delivered a Note to LoanCity.com, a California Corporation. The Note represents the debtor's promise to pay $312,000.00 to LoanCity.com, a California Corporation. LoanCity.com, a California Corporation specially indorsed the Promissory Note to Creditor. Creditor is the holder and has possession of the original specially indorsed note. A true and correct copy of the specially indorsed note is attached hereto as Exhibit A and is incorporated herein by this reference.

4. Creditor's indebtedness under the Note is secured by a Deed of Trust executed by Debtor on or about May 17, 2004, and recorded against the property located at 10006 Linden Avenue North, Seattle, WA 98133 on May 24, 2004 under King County recording number 20040524000480. A true and correct copy of the recorded Deed of Trust is attached hereto as Exhibit B and is incorporated herein by reference.

5. Creditor's records on the loan that is the subject of present motion reflect that the loan is contractually due for payments owed on and after September 1, 2009. The monthly payment amount is currently $2,194.76.

//

//

//

Affidavit in Support of Motion for Relief from Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

Case 09-18536-SJS    Doc 27    Filed 01/12/10    Ent. 01/12/10 08:54:04    Pg. 2 of 3

6. The Principal Balance due on the loan is $288,320.37.

I DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF THE STATE OF _South Carolina_ THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT

Dated this *28th* day of *December*, 2009.

Name: *Deborah May*

Title: *Bankruptcy Supervisor*

Executed this *29th* day of *December*

At *Florence, SC*

Subscribed and Sworn before me this *29th* day of *December*, *2009*

Notary Public:

State of

My Commission Expires:

MARCELLA L. FULTON
NOTARY PUBLIC, STATE OF SOUTH CAROLINA
MY COMMISSION EXPIRES FEBRUARY 9TH, 2016

*[Notary Seal: MARCELLA L. FULTON — NOTARY PUBLIC — STATE OF SOUTH CAROLINA]*

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131